The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO DELGADO,<br><br>Defendant. | NO. CR12-304 RAJ<br><br>ORDER DISMISSING THE SUPERVISED RELEASE VIOLATION PETITION |

The Court, having considered the parties' Stipulated Motion to Dismiss the Supervised Release Violation Petition, finds as follows:

1.  On June 21, 2016, the Court issued a summons for defendant Jairo Delgado after the U.S. Probation Office filed a Supervised Release Violation Petition on June 20, 2016.

2.  On July 15, 2016, defendant Jairo Delgado made his initial appearance on the Supervised Release Violation Petition and admitted to committing Violation 1, the sole violation alleged in the Supervised Release Violation Petition.

3.  The Disposition Hearing concerning defendant Jairo Delgado's Supervised Release Violation is currently scheduled for December 9, 2016.

U.S. v. Delgado, CR12-304 RAJ
Order to Dismiss Supervised
Release Violation Petition - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Based upon defendant Jairo Delgado's compliance with the terms of his supervised release from the date of his admission of Violation 1 to the present, good cause exists to dismiss the Supervised Release Violation Petition.

Accordingly, IT IS ORDERED that the Stipulated Motion (Dkt. #45) is GRANTED and the Supervised Release Violation Petition is hereby DISMISSED.

DATED this 2nd day of December, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

U.S. v. Delgado, CR12-304 RAJ
Order to Dismiss Supervised
Release Violation Petition - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970